**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| **ALCOLA EDWARDS**, **BAKEEMA BROWN**, and **PARIS LOUIS**, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>**DEVRY UNIVERSITY, INC.**,<br><br>Defendant. | Case No. 1:25-cv-15477<br><br>Honorable John F. Kness |

**DEVRY UNIVERSITY, INC.'S MOTION TO DISMISS**
**PLAINTIFFS' CLASS ACTION COMPLAINT**

Defendant DeVry University, Inc. ("DeVry" or "Defendant") respectfully moves this Court for an order, pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6), dismissing Plaintiffs' Class Action Complaint [Dkt. 1] in its entirety, with prejudice. In support of this motion, DeVry submits its accompanying Memorandum of Law.

WHEREFORE, for all the reasons set forth in the supporting Memorandum of Law, DeVry respectfully requests that the Court grant this motion and enter an order dismissing Plaintiffs' Complaint in its entirety, with prejudice, and granting DeVry such other and further relief as the Court deems proper.

Dated: March 9, 2026

Respectfully submitted,

DEVRY UNIVERSITY, INC.

/s/ Gregory E. Ostfeld
*Attorney for DeVry University, Inc*

Gregory E. Ostfeld (ARDC #6257163)
Nair M. Banks III (ARDC #6352628)
**GREENBERG TRAURIG, LLP**
360 North Green Street, Suite 1300
Chicago, Illinois 60607
(312) 456-8400
OstfeldG@gtlaw.com
Nair.Banks@gtlaw.com

**CERTIFICATE OF SERVICE**

I, the undersigned, an attorney, hereby certify that I caused a true and correct copy of the foregoing **DEVRY UNIVERSITY, INC.'S MOTION TO DISMISS PLAINTIFFS' CLASS ACTION COMPLAINT** to be served by electronic transmission via ECF upon all attorneys of record on this 9th day of March 2026.

/s/ Gregory E. Ostfeld
*Attorney for DeVry University, Inc.*